UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANA FRANKLIN, TANISHA JACKSON, KIZZY WILLIAMS, and LASANDRA HARRIS, Individually and on behalf of others similarly situated | Civil Action No. 3:21-cv-0399-SDD-SDJ |
| | MAGISTRATE: JOHNSON |
| VS. | |
| JENN'S ANGELS, LLC and JENNIFER GIBSON PEARSON | JUDGE: DICK |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Defendants, who jointly move the Court to approve the FLSA Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum.

Respectfully submitted:

By: /s/ Philip Bohrer
Philip Bohrer  (LA Bar #14089)
phil@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

*Counsel for Plaintiffs*

By: /s/ Katrina D. Griffen
Katrina D. Griffen  (#35839)
kdgriffen@griffenlawfirm.com
GRIFFEN LAW FIRM, LLC
603 Europe Street
Baton Rouge, Louisiana  70802
Telephone: (225) 663-1888
Facsimile: (225) 283-4833

*Counsel for Defendant*