UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

DIANA FRANKLIN, TANISHA JACKSON, KIZZY WILLIAMS, and LASANDRA HARRIS, Individually and on behalf of others similarly situated

VS.

JENN'S ANGELS, LLC and JENNIFER GIBSON PEARSON

Civil Action No. 3:21-cv-0399-SDD-SDJ

MAGISTRATE: JOHNSON

JUDGE: DICK

---

### ORDER APPROVING SETTLEMENT

---

Upon consideration of, and for the reasons set forth in the Parties Joint Motion for Approval of Settlement, and the Court, having determined that the action presents a *bona fide* dispute over FLSA provisions, that the Settlement is fair, reasonable, and adequate and that the attorney fees and costs sought by Plaintiff's Counsel are fair and reasonable;

IT IS HEREBY ORDERED that the FLSA Settlement Agreement, and all terms and conditions contained therein, be and hereby is APPROVED;

IT IS HEREBY FURTHER ORDERED that the claims and causes of action of named Plaintiffs Diana Franklin, LaSandra Harris, and Kizzy Williams, and Opt-In Plaintiffs Shaliethia Gray, Charlesena Kenney and Coty Miller, be and hereby are DISMISSED with prejudice and with each party bearing their own respective costs and fees, except as provided in the Settlement Agreement;

IT IS HEREBY FURTHER ORDERD that the Court shall maintain continuing jurisdiction to enforce and implement the Settlement Agreement.

Entered this 27 day of April, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT